**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES MCKAIN,** | ) Case No: 5:09-CV-05476-PVT |
| | ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **CREDIT CONTROL, LLC,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 19th day of February, 2010.

By: **s/Todd M. Friedman**
**Todd M. Friedman, Esq.**
**Attorney for Plaintiff**

Notice of Dismissal - 1

1 | Filed electronically on this 19th day of February, 2010, with:

2

United States District Court CM/ECF system

3

4 | And hereby served upon all parties

5

6 | By: s/Todd M. Friedman
       Todd M. Friedman